# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | JUDGE RICHARD L. SPEER |
| | ) | |
| Nikkole Lynne Webster | ) | Case No. 10-33941 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## SHOW CAUSE FOR DISMISSAL

This cause comes before the Court upon failure by the Debtor to file an Application for Waiver of the Chapter 7 Filing Fee (Official Form 3B).

On June 7, 2010, a Voluntary Petition under Chapter 7 was electronically filed on behalf of the above named Debtor. The first page of the Petition is marked indicating that *"Filing Fee waiver requested."*

A review of the Court's record reflects that an Application for Waiver of the Chapter 7 Filing Fee has not been filed.

Accordingly, it is

**ORDERED** that the Debtor shall appear on **Tuesday, July 6, 2010 at 12:00 P.M.**, in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, to **SHOW CAUSE** why the above captioned case should not be dismissed for failure to follow the procedural rules and requirements. If no response or appearance is made, said case will be dismissed forthwith.

It is **FURTHER ORDERED** that the Clerk serve a copy of this Order to show cause upon the Debtor(s), Attorney for Debtor(s), Trustee, all creditors and parties in interest.

Dated:

JUN 14 2010

/S/ RICHARD L. SPEER
**RICHARD L. SPEER**
**United States Bankruptcy Judge**