# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | **JUDGE RICHARD L. SPEER** |
| | ) | |
| Nikkole Lynne Webster | ) | **Case No.  10-33941 - Ch.7** |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER TO SHOW CAUSE

On June 7, 2010, the above captioned Chapter 7 Case was filed using the Electronic Case Filing System.  Pursuant to the Rules established for the Northern District of Ohio, the Debtor(s) are required to file an *originally signed* **Declaration Re: Electronic Filing of Documents** within seven (7) days of the electronic filing.

It appearing to the Court, that the Debtor(s) have failed to file the Declaration within the required time, it is

**ORDERED**  that the Debtor(s) appear before the undersigned United States Bankruptcy Judge on  **Wednesday, July 14, 2010 at 11:30 A.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why the above captioned Chapter 7 Case should not be dismissed for failure to follow orders of the Court and for want of prosecution, and thereby subject to Section 109(g)(1).

Dated:   **JUN 17 2010**

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**