# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re ) | JUDGE RICHARD L. SPEER |
| ) | |
| Nikkole Lynne Webster ) | Case No. 10-33941 - Ch.7 |
| ) | |
| Debtor(s) ) | |

## ORDER TO SHOW CAUSE

On June 7, 2010, the above captioned Chapter 7 Case was filed using the Electronic Case Filing System. Pursuant to the Rules established for the Northern District of Ohio, the Debtor(s) are required to file an *originally signed* **Declaration Re: Electronic Filing of Documents** within seven (7) days of the electronic filing.

It appearing to the Court, that the Debtor(s) have failed to file the Declaration within the required time, it is

**ORDERED** that the Debtor(s) appear before the undersigned United States Bankruptcy Judge on **Wednesday, July 14, 2010 at 11:30 A.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why the above captioned Chapter 7 Case should not be dismissed for failure to follow orders of the Court and for want of prosecution, and thereby subject to Section 109(g)(1).

Dated: JUN 17 2010

/S/ RICHARD L. SPEER
RICHARD L. SPEER
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: rbirm              Page 1 of 1              Date Rcvd: Jun 17, 2010
Case: 10-33941                Form ID: pdf755          Total Noticed: 19
```

The following entities were noticed by first class mail on Jun 19, 2010.
```
db          +Nikkole Lynne Webster,   621 Raymer Blvd,   Toledo, OH 43605-2761
19663287     AOL,    Po box 60018,    Tampa Fl 33660-0018
19657468    +ASSET CARE,   5100 PEACHTREE INDUSTRIAL,    NORCROSS, GA 30071-5721
19657469    +CAPITAL RECOVERY,    750 CROSSPOINT RS STE S,    COLUMBUS, OH 43230-6693
19657470    +COLUMBUS GAS,    PO BOX 742510,    CINCINNATI, OH 45274-2510
19657471    +DR. BERUTI,    2739 NARARRE AVE STE 304,    OREGON, OH 43616-3277
19657472    +GANEVA ROTH,    1338 S FOOTHILL DR STE 325,    SALT LAKE CITY, UT 84108-2321
19657473    +GENOA BANK,    3201 NAVARRE AVE,    OREGON, OH 43616-3311
19657474    +LUCAS CITY MUNICIPAL,    555 N ERIE ST,    TOLEDO, OH 43604-3300
19663288     Maumee Bay Family Practice Inc.,    4330 Navarre Ave. ste. 103,    Oregon, Oh. 43616-3587
19657476     NCO CREDIT,    PO BOX 85547,    PHILADELPHIA, PA  19101
19657477    +OHIO DMV,    PO BOX 16520,    COLUMBUS, OH 43216-6520
19657478    +PENN CREDIT CORP,    916 S. 14TH STREET,    HARRISBURG, PA 17104-3425
19657480    +PHYSCIAN CREDIT,    3592 CORPORATE DR STE 105,    COLOMBUS, OH 43231-4978
19657479    +PHYSCIAN CREDIT,    3592 CORPORATE DR STE 105,    COLUBUS, OH 43231-4978
19657481    +ST CHARLES MERCY,    2600 NAVARRE AVE,    OREGON, OH 43616-3297
19657482    +UNITED COLLECT,    PO BOX 140190,    TOLEDO, OH 43614-0190
```

The following entities were noticed by electronic transmission on Jun 17, 2010.
```
19657467    +E-mail/Text: roy.buchholz@allianceoneinc.com                         ALLIANCEONE,
              1684 WOODLANDS DR STE 150,    MAUMEE, OH 43537-4026
19657475    +Fax: 864-336-7400 Jun 17 2010 21:59:11     NATIONAL CASH ADVANCE,    5098 GLENCROSSING WAY #C,
              CINCINNATI, OH 45238-3391
                                                                                                TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2010          Signature:    *Joseph Speetjens*