C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | **JUDGE RICHARD L. SPEER** |
| | ) | |
| Nikkole Lynne Webster | ) | **Case No.** 10-33941 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER TO SHOW CAUSE

This matter comes before the Court upon the filing of the above captioned Chapter 7 Case on June 7, 2010.

Pursuant to Bankruptcy Rule 1007, the following documents must be filed with the Voluntary Petition or within fourteen (14) days from the date of filing the Voluntary Petition:

1. **Certificate of Credit Counseling**
2. **Copies of all payment advices or other evidence of payment received by the Debtor(s) from any employer within 60 days before the filing of the Petition**

Upon review of the docket for the above captioned case, it appears that the documents noted above have not been filed, as required.

Accordingly, it is

**ORDERED** that the Debtor(s) shall appear before the undersigned United States Bankruptcy Judge on **Wednesday, July 14, 2010 at 11:30 A.M.**, in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, to **SHOW CAUSE** why this case should not be dismissed under 11 U.S.C. §109(g)(1) for failure to prosecute and comply with applicable rules. If no appearance is made, said case will be dismissed and the Debtor shall be barred from filing a Bankruptcy Case under any Chapter for a period of one-hundred eighty days from the date of dismissal.

It is **FURTHER ORDERED** that **PAMELA I. THEODOTOU, ATTORNEY FOR DEBTOR,** is hereby **REQUIRED TO APPEAR** at the above scheduled Hearing (even if the missing documents are filed prior to the hearing) and *Show Cause as to why appropriate Sanctions and/or Disgorgement of Attorney Fees should not be imposed by the Court.*

**IT IS FURTHER ORDERED THAT ONLY THE JUDGE MAY CHANGE OR MODIFY THE TIME AND DATE SET FOR THIS HEARING.**

It is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court shall serve a copy of this Order upon the Debtor(s), Attorney for Debtor(s), Trustee, all creditors and parties in interest.

Dated: JUN 23 2010

/S/ RICHARD L. SPEER

**RICHARD L. SPEER**
**United States Bankruptcy Judge**