C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| In Re | ) | HONORABLE RICHARD L. SPEER |
|---|---|---|
| | ) | |
| Nikkole Lynne Webster | ) | Case No. 10-33941 -Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER

This matter comes before the Court upon oral request by Pamela I. Theodotou, Attorney for Debtor, to re-schedule the Hearing on Show Cause on Dismissal for failure to timely file an Application for Waiver of Chapter 7 Filing Fees presently set for July 6, 2010 at 12:00 P.M. to the same date as two other Hearings on Show Cause scheduled for July 14, 2010 at 11:30 A.M. for this Debtor.

For cause shown, it is

It is **ORDERED** that a Hearing on Show Cause on Dismissal scheduled for July 6, 2010 at 12:00 P.M. be, and hereby is, **re-scheduled** for **Wednesday, July 14, 2010 at 11:30 A.M.** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

ALL MOTIONS FOR CONTINUANCE OR REQUESTS FOR NON-APPEARANCE IN THE ABOVE CAPTIONED HEARING ARE TO BE MADE DIRECTLY TO THE COURT, AND THOSE MAKING THE MOTIONS OR REQUESTS ARE DIRECTED TO SECURE CONFIRMATION DIRECTLY FROM THE COURT AS TO WHETHER OR NOT THE MOTION OR REQUEST HAS BEEN GRANTED. _ONLY THE COURT_ MAY GRANT OR DENY SUCH A MOTION OR REQUEST.

Dated: JUL 6 2010

/S/ RICHARD L. SPEER
RICHARD L. SPEER
United States Bankruptcy Judge