C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Nikkole Lynne Webster | ) | Case No. 10-33941 -Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER

This matter comes before the Court upon oral request by Pamela I. Theodotou, Attorney for Debtor, to re-schedule the Hearing on Show Cause on Dismissal for failure to timely file an Application for Waiver of Chapter 7 Filing Fees presently set for July 6, 2010 at 12:00 P.M. to the same date as two other Hearings on Show Cause scheduled for July 14, 2010 at 11:30 A.M. for this Debtor.

For cause shown, it is

It is **ORDERED** that a Hearing on Show Cause on Dismissal scheduled for July 6, 2010 at 12:00 P.M. be, and hereby is, **re-scheduled** for **Wednesday, July 14, 2010 at 11:30 A.M.** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

ALL MOTIONS FOR CONTINUANCE OR REQUESTS FOR NON-APPEARANCE IN THE ABOVE CAPTIONED HEARING ARE TO BE MADE DIRECTLY TO THE COURT, AND THOSE MAKING THE MOTIONS OR REQUESTS ARE DIRECTED TO SECURE CONFIRMATION DIRECTLY FROM THE COURT AS TO WHETHER OR NOT THE MOTION OR REQUEST HAS BEEN GRANTED. *ONLY THE COURT* MAY GRANT OR DENY SUCH A MOTION OR REQUEST.

Dated:
JUL 6 2010

/S/ RICHARD L. SPEER
RICHARD L. SPEER
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: dsern            Page 1 of 1             Date Rcvd: Jul 06, 2010
Case: 10-33941                Form ID: pdf755        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 08, 2010.
db          +Nikkole Lynne Webster,    621 Raymer Blvd,    Toledo, OH 43605-2761

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2010**                    Signature:    _/s/ Joseph Speetjens_